UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 13
   JASON D. KERR, )
   MARLO J. KERR, ) CASE NO. 10 75923
)
)
               Debtor(s). )

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy code, filed by the Debtor on ___11/30/10___ (as modified by the amendment filed on ___6/9/11___), having been found by the Court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

   ☒ *[if applicable]* Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

   ☒ **ORDERED** that notwithstanding any provision of the debtor(s)' Chapter 13 Plan to the contrary, the debtor(s)' Chapter 13 Plan payments shall be $1,124.00 per month commencing July 2011 and shall continue until all allowed claims are paid 100%. The Chapter 13 Plan is hereby deemed amended accordingly.

   ☒ **ORDERED** that the debtor(s)' are not entitled to a discharge and no discharge shall be entered in this case. The Chapter 13 Plan is hereby deemed amended accordingly.

ENTER:

Dated: JUN 24 2011

_____
JUDGE MANUEL BARBOSA

Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368